Foremost Insurance Agency, Appellee, v. Sidney Pancoe, Appellant.

Gen. No. 47,230.

First District, Third Division.

February 19, 1958.

Released for publication March 7, 1958.

■■■■■■

■■■■■■■■ Bowen, Dowdle & Barrett (Gabriel J. Barrett, of counsel) for appellant; Shriman & Feldman (Herman Feldman, of counsel) for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.